COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER DENYING MOTION FOR EN BANC RECONSIDERATION

Cause number and style:       01–14–00271–CV; *Barnes v. Deadrick*

Date motions filed:       March 26, 2015

Party filing motion:       Appellee

       It is ordered that Appellee's Motion for En Banc Reconsideration is denied.

It is so ORDERED.

Justice's signature: /s/ Laura Carter Higley
                    Acting for the En Banc Court

En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.

A majority of the justices vote to deny en banc reconsideration.

Justice Keyes and Justice Lloyd dissent from the denial of en banc reconsideration.

Date: April 28, 2015